IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60384
Summary Calendar
_____

ROSA ELVIRA VALDEZ-HERNANDEZ,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A70-643-534
- - - - - - - - - -

May 12, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Rosa Elvira Valdez-Hernandez petitions for review of the Board of Immigration Appeals' decision dismissing her appeal from the immigration judge's decision to deny her application for asylum and for a withholding of deportation.  She argues that the Board erred by determining that she did not have a well-founded fear of future persecution by the guerillas in El Salvador.  We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence.  See

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Carbajal-Gonzalez v. INS</u>, 78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is DENIED.